**Order entered December 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00181-CV

**BAYLOR UNIVERSITY MEDICAL CENTER, INC., BAYLOR SCOTT & WHITE HEALTH; BSW HEALTH SERVICES AND WILLIAM P. SHUTZE, M.D., Appellants**

V.

**BAHRAUM DANIEL DANESHFAR, M.D., Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-11793**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 49.2, the Court requests that appellee file

a response to appellants' motion for rehearing by December 27, 2017.

/s/    LANA MYERS
          JUSTICE